IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KETURAH WINTERS, *et al.*,
                        Plaintiffs,

              v.                                        CIVIL ACTION
                                                        No. 19-5398

AKZO NOBEL SURFACE CHEMISTRY, LLC,
*et al.*,
                        Defendants.

## ORDER

**AND NOW**, this 12th day of May, 2020, upon consideration of Defendant Bacarella Transportation Services, Inc.'s, (d/b/a BTX Global Logistics, hereinafter "BTX") Motion to Dismiss for Lack of Personal Jurisdiction (ECF No. 30), and all supporting and opposing papers, it is hereby **ORDERED** that Defendant's Motion is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

**BY THE COURT:**


/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.