IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KETURAH WINTERS, *et al.*,<br>     Plaintiffs,<br><br>v.<br><br>AKZO NOBEL SURFACE CHEMISTRY, LLC, *et al.*,<br>     Defendants. | CIVIL ACTION<br>No. 19-5398 |

### ORDER

**AND NOW**, this 26th day of May, 2020, upon consideration of Defendant Bill Timpano's "Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Rule 12(b)(2), or, in the Alternative, a Motion for Judgment on the Pleadings Pursuant to Rule 12(c)" (ECF No. 45) and all supporting and opposing papers, it is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED** for the reasons stated in the accompanying Memorandum Opinion; and

2. All claims in this matter asserted against Defendant Bill Timpano are hereby **TRANSFERRED** to the United States District Court for the Eastern District of New York.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.